

# United States District Court
## Southern District of Ohio
### 810 Potter Stewart United States Courthouse
### 100 East Fifth Street
### Cincinnati, Ohio 45202

Chambers of
Sandra S. Beckwith
District Judge

Telephone: 513-564-7610

April 27, 2009

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Honorable Bobby R. Baldock
Chair, Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

    RE:   Calendar Year 2008 Filing

Dear Judge Baldock:

Per your letter of April 13, 2009, enclosed are three copies of my **amended** 2008 financial disclosure report.

Thank you for bringing this matter to my attention.

          Sincerely,

          Sandra S. Beckwith
          United States District Judge

SSB/gs
Enclosures

Beckwith_Sandra_S

AMENDED
# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

AO 10
Rev. 1/2008

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beckwith, Sandra S. | U.S. District Court | 04/27/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination,    Date<br>☐ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   2009 APR 30  P 3: 10   RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 7/17/08 | Thompson - Teaching | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Antique Business |
| 2. 2008 | Retired - Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Association | May 22, 2008 | Columbus, OH | Evening Speech | Lodging - Hotel Room |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Citigroup, Inc. - Common Stock | A | Dividend | | | Sold | 2/12 | K | D | |
| 3. General Electric Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | J | T | | | | | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 9. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 10. Ohio State Infrastructure Impt. Series A 4.87 % 8/1/14 | | None | | | Redeemed | 8/1 | L | | See Note in Part VIII |
| 11. Deere and Company - Common Stock | A | Dividend | J | T | Sold (part) | 1/14 | K | D | |
| 12. Deere and Company - Common Stock | A | Dividend | J | T | Sold (part) | 9/17 | J | | See Note in Part VIII |
| 13. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | J | T | | | | | |
| 14. I Shares - DJ U.S. Technology Sector - Common Stock | A | Dividend | | | Sold | 12/8 | K | | See Note in Part VIII |
| 15. Schlumberger, Ltd. - Common Stock | A | Dividend | J | T | | | | | |
| 16. Exelon Corporation - Common Stock | A | Dividend | K | T | Buy | 9/12 | J | | |
| 17. FHLB Deb. 5.100% 3/6/08 | B | Interest | | | | | L | | Matured 3/6/08 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FHLB Deb. 5.250% 3/2/09 | | None | | | | | K | | See Note in Part VIII |
| 19. Pepsico, Inc. - Common Stock | A | Dividend | K | T | Buy | 9/17 | K | | |
| 20. U.S. Treasury Note 4.625% 8/31/11 | B | Interest | K | T | | | | | |
| 21. U.S. Treasury Note 4.875% 8/15/09 | B | Interest | L | T | | | | | |
| 22. America Movil S A DE CV ADR - Common Stock | | None | | | Sold | 6/13 | K | C | |
| 23. Abb Ltd. ADR - Common Stock | A | Dividend | | | Sold | 11/7 | J | | See Note in Part VIII |
| 24. Gilead Sciences, Inc. - Common Stock | | None | K | T | | | | | |
| 25. Amphenol Corp. CLA - Common Stock | A | Dividend | | | Sold | 11/4 | K | | See Note in Part VIII |
| 26. AT&T, Inc. - Common Stock | A | Dividend | | | Sold | 11/4 | K | | See Note in Part VIII |
| 27. Spdr Russell Nomjra Small Cap Japan Etf. | A | Dividend | | | Sold | 11/4 | J | | See Note in Part VIII |
| 28. U.S. Treasury NT 4.000% 8/31/09 | B | Interest | L | T | | | | | |
| 29. Monsanto Co. - Common Stock | A | Dividend | K | T | | | | | |
| 30. First American Gov't. Obligation Fund CL Y | B | Interest | L | T | | | | | |
| 31. I Shares MSCI Brazil Index | A | Dividend | | | Buy | 5/20 | K | | |
| 32. I Shares MSCI Brazil Index | A | Dividend | | | Sold | 10/31 | J | | See Note in Part VIII |
| 33. Clermont Cnty. Ohio 2.250% 11/01/25 | | None | | | Buy | 12/23 | L | | |
| 34. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Public Employees Deferred Comp. #1 | | None | L | T | | | | | |
| 36. Public Employees Deferred Comp. #2 | | None | O | T | | | | | |
| 37. Public Employees Deferred Comp. #3 | | None | M | T | | | | | |
| 38. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 39. Walgreen Company - Common Stock | A | Dividend | J | T | Buy | 9/12 | J | | |
| 40. Alcon, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 41. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | |
| 42. U.S. Bank IRA II | | | | | | | | | See Note in Part VIII |
| 43. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 44. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 45. Proctor & Gamble - Common Stock | | None | | | Sold | 1/14 | J | C | |
| 46. First American Gov't. Obligation Fund CL Y | A | Interest | J | T | | | | | |
| 47. Kansas City Southern - Common Stock | | None | J | T | Buy | 8/7 | J | | |
| 48. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 49. I Shares Iboxx & Investment Grade Corp. Bond Fund LQD | A | Interest | J | T | | | | | |
| 50. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 51. Apple Computer, Inc. - Common Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco Systems, Inc. - Common Stock | | None | | | Sold | 1/10 | K | | See Note in Part VIII |
| 53. First American Gov't. Obligation Fund CL Y | A | Interest | K | T | | | | | |
| 54. China Mobile Ltd. - Common Stock | A | Dividend | | | Sold | 10/14 | J | | See Note in Part VIII |
| 55. Celgene Corp. - Common Stock | | None | K | T | | | | | |
| 56. I Shares Barclays 3 Yrs. TRS BD | | | | | Buy | 12/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 33 are the U.S. Bank portfolio.*

Items 39 through 41 are U.S. Bank IRA I.*

Items 43 through 47 are U.S. Bank IRA II.*

Items 49 through 56 are U.S. Bank IRA III.*

Items 30, 41, 46 and 53 are cash holding vehicles for these accounts.*

Items 10, 12, 14, 23, 25, 26, 27, 32, 52 and 54 sold at losses.

Item 18 was redeemed 3/2/07 without gain or loss. It was incompletely reported on the 2007 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/27/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
